Joe W. Fox, appellee, v. James L. Pursley, appellant. Gen. No. 6,605. Action on a note. Judgment for plaintiff. Appeal from the Circuit Court of Boone county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

F. A. Oakley, for appellant. William L. Pierce, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Charles Brett, appellee, v. John C. Babcock, appellant. Gen. No. 6,618. Action to recover for damages caused by cattle breaking through fence onto plaintiff's land. Judgment for plaintiff. Appeal from the Circuit Court of Ogle county; the Hon. James S. Baume, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

Sherburn V. Wirick and Fred A. Wirick, for appellant. Floyd J. Tilton, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Minnie Hipkins, appellee, v. Carl A. Blomgren, appellant. Gen. No. 6,640. Action to recover damages for assault and battery. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed February 8, 1919.

J. B. & J. L. Oakleaf and C. J. Searle, for appellant. Harry M. McCaskrin and Ben A. Stewart, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

A. J. Korzilius, appellee, v. Fred Pistella, appellant. Gen. No. 6,641. Appeal from justice court dismissed for nonpayment of clerk's fee after same had been advanced by appellee, who took a rule to refund. Appeal from the Circuit Court of Will county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

Mahoney & Jones, for appellant. John W. Downey, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.